cal___ sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD MORGAN, | ) | Civil No.07cv1720 BEN (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |
| BIG 5 SPORTING GOODS #326, et al., | ) | |
| Defendants. | ) | |

On December 17, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Lynn Hubbard, Esq. and Rich Morgan on behalf of plaintiff; Shireen Rogers, Esq., and Mike Brown, client representative on behalf of defendant.

The case did not settle. Plaintiff's last proposal for site remediation will be discussed by the defense with their expert and a response made.

The Court sets a telephonic Case Management Conference for *January 30, ~~2007~~ 2008 per chambers at 9:30 a.m.* Plaintiff's counsel will initiate the call. At that time, if settlement has not been reached, dates and deadlines for litigation will be set.

IT IS SO ORDERED.

DATED: December 18, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\MORGAN\order.fene.d17.wpd    1    07cv1720